Certificate Number: 17082-CAC-DE-025972898

Bankruptcy Case Number: 10-57684



17082-CAC-DE-025972898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2015</u>, at <u>3:38</u> o'clock <u>PM MST</u>, <u>GUILLERMO LEAL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>August 1, 2015</u>          By:   <u>/s/Orsolya K Lazar</u>

                                        Name:  <u>Orsolya K Lazar</u>

                                        Title: <u>Executive Director</u>